[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 99-2122

UNITED STATES,

Appellee,

v.

MARK M. GOUVEIA,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, U.S. District Judge]

Before

Torruella, Chief Judge,
Boudin and Lipez, Circuit Judges.

Edward C. Roy and Roy & Cook on brief for appellant.
Margaret E. Curran, United States Attorney, Donald C. Lockhart and Stephanie S. Browne, Assistant United States Attorneys, on brief for appellee.

July 31, 2000

**Per Curiam**.  After a thorough review of the record and of the parties' submissions, we affirm.  This court has no jurisdiction to review a discretionary refusal to depart downward from the sentencing guideline range, see United States v. Reeder, 170 F.3d 93, 109 (1st Cir. 1999), and it is apparent from a review of the record that the court assumed it had the authority to depart and simply chose not to do so.

Affirmed.  1st Cir. Loc. R. 27(c).